

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-00720-CV

Style:                 In re Memorial Hermann Hospital System, Memorial Hermann Physician Network,

                       Michael Macris, M.D., P.A., and Keith Alexander

Date motion filed[*]:   October 29, 2013

Type of motion:        Motion for extension of time to file response

Party filing motion:   Real party in interest

Document to be filed:  Response

Is appeal accelerated?      No

If motion to extend time:
  Original due date:        September 6, 2013
  Number of previous extensions granted:  2    Current Due date:  October 28, 2013
  Date Requested:       November 4, 2013

Ordered that motion is:

  ☑  Granted

    If document is to be filed, document due:  November 4, 2013

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

Judge's signature: /s/ Laura Carter Higley
        X Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date: November 26, 2013

November 7, 2008 Revision